JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CHUNG SOOK LEE; PHIL & SEO, INC., A CALIFORNIA CORPORATION,<br><br>　　　　Defendants. | Case No. 2:20-CV-10701-AB (PDx)<br><br>**ORDER DISMISSING CIVIL ACTION AND VACATE ALL DATES** |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **sixty (60) days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. All upcoming dates and deadlines are **VACATED**.

Dated: August 4, 2022

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.